# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

September 04, 2013

RECEIVED: **9/4/13**
U.S. DISTRICT COURT
EASTERN DISTRICT COURT
DAVID J. MALAND, CLERK

Mr. David Maland
U.S. District Court, Eastern District of Texas
211 W. Ferguson Street
Tyler, TX 75702

     No. 12-41273,    James Miller, et al v. BAC Home Loans
                         Servicing, L.P., et al
                         USDC No. 6:11-CV-22

Enclosed, for the district court only, is a copy of the 5TH CIR.
R. 47.6 decision issued as the mandate.

The electronic copy of the record has been recycled.

All copies of sealed documents have been shredded.

          Sincerely,

          LYLE W. CAYCE, Clerk

          *Christina Gardner*
          By:_____
          Christina A. Gardner, Deputy Clerk
          504-310-7684

cc: (letter only)
    Mr. Ralph Edwin Allen
    Mr. David Stewart Clancy
    Honorable Leonard E. Davis
    Mr. Mark D. Hopkins
    Mr. Christopher Hal Pochyla
    Mr. Andrew D. Thomas

P.S. to Judge Davis:  A copy of the opinion was sent to your
office via email the day it was filed.